**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW C. VICTOR,** | : | |
| | : | **VIOLATION: 18 U.S.C. § 1019** |
| **Defendant.** | : | **(False Certificates by Consular Officers)** |

**I N F O R M A T I O N**

The United States informs the Court:

**COUNT ONE**

On or about October 19, 2004, within the Embassy of the United States in Berlin, Germany, in the extraterritorial jurisdiction of the United States and, pursuant to Title 18 United States Code Section 3238, within the venue of the United States District Court for the District of Columbia, **MATTHEW C. VICTOR**, a consular officer of said Embassy, knowingly certified falsely to the visa application of Ewa Zapedowska, a female Polish national, to which his certificate was authorized or required by law.

(**False Certificates by Consular Officers**, in violation of Title 18, United States Code, Section 1019)

JEFFREY A. TAYLOR
United States Attorney

By:  _____
AARON H. MENDELSOHN
Assistant United States Attorney
D.C. Bar No. 467-570
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C.  20530
(202) 514-9519