NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                           )
         vs.               )   Criminal No. _07-0218 (RMU)_
   _Matthew C. Victor_     )
                           )
_____)
         **Defendant**

To: Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_Jeffrey B. O'Toole_
(Attorney's Name and Bar ID Number)

_O'Toole Rothwell Nassau & Steinbach_
(Firm Name)

_1350 Connecticut Ave #201_
(Street Address)

_Washington_    _DC_    _20036_
(City)         (State)    (Zip)

Telephone No: _202 775-1550_