# United States District Court
# for the District of Columbia

**FILED**
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**MATTHEW C. VICTOR**

WAIVER OF INDICTMENT

Case Number: 07-0218 (RMU)

I, **Matthew C. Victor**, the above named defendant, who is accused of **False Certificates by Consular Officers, Title 18, United States Code Section 1019** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **September 25, 2007**, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge