## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No. 07-218 (RMU)** |
| | : | |
| **v.** | : | **FILED** |
| | : | |
| **MATTHEW C. VICTOR,** | : | SEP 2 5 2007 |
| | : | |
| **Defendant.** | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U S DISTRICT COURT |
| | : | **Plea Hearing: September 25, 2007** |

### UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF MATTHEW C. VICTOR

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

### I.    ELEMENTS OF THE OFFENSE:

The essential elements of the offense of False Certificates by Consular Officers, in violation of Title 18 U.S.C. Section 1019 are:

1. That the defendant was a consul, or vice consul, or other person employed in the consular service of the United States; and

2. That the defendant knowingly certified falsely to any invoice, or other paper; and

3. That the defendant's certificate to the invoice or other paper was authorized or required by law.

### II.    COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, dated August 24, 2007, and not yet executed by the parties, is attached.

III.    **FACTUAL PROFFER IN SUPPORT OF MATTHEW C. VICTOR'S GUILTY PLEA:**

The United States and Defendant MATTHEW C. VICTOR agree and stipulate as follows:

On or about October 19, 2004, Mr. Victor, a U.S. Department of State Foreign Service Consular Officer in the Embassy of the United States in Berlin, Germany, knowingly certified falsely to the visa application of Ewa Zapedowska, a female Polish national. Specifically, Mr. Victor knew that the residency and work information which Ms. Zapedowska put on her visa application was false, to wit, that Ms. Zapedowska lived and worked in Germany when she, in fact, did not. Nevertheless, Mr. Victor certified to said application, to which his certificate was authorized or required by law.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:    _____
AARON H. MENDELSOHN
ASSISTANT U.S. ATTORNEY

2

## DEFENDANT'S ACCEPTANCE

I have read this submission, including the elements of the offense section, the attached plea agreement, and the factual proffer, and have discussed it with my attorney, Jeffrey B. O'Toole, Esquire. I fully understand this submission and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this submission and the attached plea agreement. I am satisfied with the legal services provided by my attorney in connection with this submission and plea agreement and matters related to it.

Date: _9/25/2007_        _MO C. V5_

                         Matthew C. Victor
                         Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this submission and the attached plea agreement, reviewed them with my client, Matthew C. Victor, and discussed the provisions of the submission and agreement with my client, fully. These pages accurately and completely sets forth the entire submission and plea agreement. I concur in my client's desire to plead guilty as set forth in this submission and agreement.

Date: _G 25 07_

                         Jeffrey B. O'Toole, Esquire
                         Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served upon the attorney for the defendant, Jeffrey B. O'Toole, Esquire, Esq., this 18th day of September, 2007.

                         Aaron H. Mendelsohn
                         Assistant United States Attorney

3