**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE UNITED STATES OF AMERICA  :    Case No: 07-218 (RMU)

            v.  :    **FILED**

MATTHEW C. VICTOR  :    SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT

**ORDER**

Upon motion of the Government, and for good cause shown, it is this 25th day of September, 2007, hereby ORDERED that the defendant, Matthew C. Victor, report on the afternoon of September 25, 2007, to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charge contained in the information against him in this case with U.S. Department of State Special Agent Kai Fornes.

_____
JUDGE RICARDO M. URBINA

Cc:    Aaron Mendelsohn, Esq.
      Assistant United States Attorneys
      555 4th Street, N.W., Room 4239
      Washington, D.C. 20530

      Jeffrey B. O'Toole, Esq.
      Rothwell, Nassau, and Steinbach
      1350 Connecticut Avenue, N.W.
      Suite 200
      Washington, D.C. 20006