UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 07-CR-218-01 (RMU) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW C. VICTOR, | : | |
| | : | |
| Defendant. | : | |
| | : | Sentencing Date: December 17, 2007 |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1.  Pursuant to a plea agreement, Defendant Matthew C. Victor pleaded guilty on September 25, 2007, to False Certificates by Consular Officers, in violation of Title 18 U.S.C. Section 1019.

2.  Based upon a total offense level of 4, and Defendant's criminal history category of I,[1] the guideline range for imprisonment is 0 to 6 months.[2]

3.  Pursuant to Defendant's November 7, 2006 guilty plea, Defendant acknowledged certain relevant criminal conduct in his factual proffer. Defendant acknowledged knowingly and willfully certifying falsely to the visa application of Ewa Zapedowska, a female Polish national, on October 19, 2004, while Defendant was employed as a U.S. Department of State Foreign Service Consular Officer in the Embassy of the United States in Berlin, Germany. Specifically, Defendant

---

[1] Defendant has no prior adult criminal convictions or juvenile adjudications.

[2] This offense level takes into account that Defendant will presumably receive a two-point downward adjustment for having taken responsibility for his criminal conduct.

knew that the residency and work information which Ms. Zapedowska put on her visa application was false, to wit, that Ms. Zapedowska lived and worked in Germany when she, in fact, did not. Nevertheless, Defendant certified to said application, to which his certificate was authorized or required by law.

4.  In addition, the Government has recently learned from Supervisory Special Agent Galen Nace of the U.S. Department of State, Diplomatic Security Service, Criminal Investigations Division, that Defendant embezzled $6000 from the U.S. Embassy in Berlin, Germany on October 19, 2005. According to the attached December 4, 2007 letter from Special Agent Nace (Government's Exhibit No. 1) and the attached documents provided to undersigned counsel by the U.S. Department of State, Defendant "apparently pocketed $6,000 in visa fees that were owed to the U.S. Government." Specifically, on October 19, 2005, exactly one year to the date after the crime for which Defendant stands before the Court facing sentencing, Defendant adjudicated thirteen visa applications (Government's Exhibit No. 2), collected the $500 Fraud Prevention and Detection fee in cash from twelve of the applicants (the thirteenth paid by credit card), and issued hand-written receipts to the twelve applicants (Government's Exhibit No. 3). The Consular Section's Automated Cash Register System, however, shows that only $1,000 was received by the Embassy cashier on that date for this particular fee (the $1,000 includes the $500 paid by credit card and $500 collected by a different Consular Officer from another visa applicant) (Government's Exhibit No. 4).

5.  The U.S. Department of State is continuing to investigate Defendant's adjudication of over 15,000 visas while he was posted in the U.S. Embassy in Berlin, Germany, and Special Agent Nace estimates that Defendant may have embezzled "well over $100,000" from the U.S. Department of State. The Government believes that Defendant may have used these funds in

furtherance of his scheme to falsely certify visa applications and to engage, or to attempt to engage, in inappropriate and unreported sexual relationships with numerous female foreign nationals.

6.  For all of the above reasons, the Government respectfully requests a sentence of incarceration within the applicable guideline range in this case. Defendant's criminal conduct involved an abuse of a position of trust and authority in the U.S. Department of State. Over a two year period from 2004 through 2006, Defendant, who was a high-level U.S. Consular Officer in both the U.S. Embassy in Berlin, Germany, and in Warsaw, Poland, abused his power by falsely adjudicating U.S. visa applications in order to engage, or to attempt to engage, in inappropriate and unreported sexual relationships with numerous female foreign nationals. In furtherance of his scheme, Defendant also misused U.S. government property, including computers and official government electronic databases, for personal purposes. Thereby, Defendant, who represented the U.S. Department of State in five foreign countries from 1990 to 2007, not only committed crimes against his employer and his country but he also damaged the credibility and the reputation of his employer and his country through his inappropriate and unreported activities involving numerous female foreign nationals.

7.  Therefore, the Government asks the Court to consider all of Defendant's actions, both criminal and inappropriate, in fashioning a sentence for this former U.S. Government employee who abused and betrayed his high-level position. In sum, the Government believes that, despite the fact that Defendant stands before the Court facing sentencing for his first criminal conviction, probation is not warranted in this case, but rather Defendant should be sentenced to incarceration within the applicable guideline range. Finally, the Government requests that the Court order Defendant to pay restitution to the U.S. Department of State for the entire amount that it is determined Defendant

embezzled from the Department during his employment as a Consular Officer.

                                                 Respectfully submitted,

                                                 JEFFREY A. TAYLOR
                                                 UNITED STATES ATTORNEY
                                                 D.C. BAR NO.  498-610

By: _____
     AARON H. MENDELSOHN
     ASSISTANT UNITED STATES ATTORNEY
     D.C. BAR NO. 467-570
     FELONY MAJOR CRIMES SECTION
     (202) 514-7524

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Jeffrey O'Toole, Esquire, this 6th day of December, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY

# GOVERNMENT'S EXHIBIT NO. 1



**United States Department of State**

*Diplomatic Security Service*
*Criminal Investigations Division*

Washington, D.C. 20520

December 4, 2007

Mr. Aaron Mendelsohn
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
555 4th St., NW
Washington, DC 20530

Dear Mr. Mendelsohn:

The Diplomatic Security Service recently received information concerning illegal acts committed by Matthew C. Victor. These acts were not part of the original investigation concerning Victor's illegal issuance of visas and related conduct.

According to Locally Engaged Staff (LES) at the American Embassy in Berlin, Germany, Victor informed his staff that he would personally collect the newly-implemented Fraud Prevention and Detection fee paid by L-1 (intra-company transfer) visa applicants during the interview. Department of State policy requires that ALL visa fees be paid to the Embassy cashier or the Embassy-designated local bank. There are no circumstances under which a consular officer may accept any sort of payment during an interview for a visa.

Based on this information, Diplomatic Security (DS) agents have determined that on October 19, 2005, Victor adjudicated 13 L-1 visas. During the interviews, he collected the $500 Fraud Prevention and Detection fee in cash from 12 of the applicants (the 13th used a credit card) and issued them hand-written receipts. The report from the Consular Section's Automated Cash Register System (ACRS) shows that only $1,000 was received by the Embassy cashier for this particular fee (the $1,000 includes the $500 paid by credit card and $500 collected from an L-1 visa applicant who was adjudicated by a different Consular Officer). On this one occasion, Victor apparently pocketed $6,000 in visa fees that were owed to the U.S. Government.

The LES further allege that they witnessed Victor personally collect these fees on at least three other occasions. One LES also claims to have witnessed Victor collect a $50.00 "reciprocity fee" from an Indian national, even though no such fee was required. Victor reportedly issued the Indian national a hand receipt for this transaction.

During Victor's tour in Berlin, Germany, he adjudicated 307 L-1 visas. While we do not yet know exactly how many Fraud Prevention and Detection fees he may have

from the L-1 visa applicants, the potential amount is well over $100,000. Furthermore, it will not be possible to determine how many fake reciprocity and other non-existent fees he may have charged to other applicants, as these would not be recorded in any system. Victor issued over 15,000 visas while posted in Berlin.

While our investigation into these new allegations is not yet complete, I urge you to take this information into consideration during Victor's sentencing hearing.

If you have any questions or concerns, please contact Special Agents Matthew Kirk or Edward Allen in my office.


Respectfully,

Galen Nace,
Supervisory Special Agent
Criminal Fraud Investigations Branch

# GOVERNMENT'S EXHIBIT NO. 2



*The United States Department of State - Bureau of Consular Affairs*

*Adjudication Activity Detail*

*Report by ASHRAF-MILLERA on December , 03RD 2007 15:14 ET*

| Post: | Berlin (BRL) |
|---|---|
| Adjudication Date Range: | 01-JAN-2003 to 01-DEC-2007 |
| Adjudication Type: | Issuance |
| Adjudicating FSO: | VICTORMC |
| Visa Class: | L1 |
| Report Output Options: | Include Adjudicating FSO |
| | Include Authorizing User |
| | Include Visa Class |
| | Do not include Nationality |

| Case ID | Adjud Seq | Decision | Adjud Date | Adjud FSO | Auth User | Visa Class | Error Adjud? | Overcome/ Waiver? | Deleted? |
|---|---|---|---|---|---|---|---|---|---|
| | | | Sensitive But Unclassified (SBU) - Information Protected under INA 222(f) and 9 FAM 40.4 | | | | | | |
| 2005272 825 0001 | 1 | Issue | 29-SEP-2005 10:06 | VICTORMC | VICTORMC | L1 | | | |
| 2005277 922 0001 | 1 | Issue | 04-OCT-2005 08:41 | VICTORMC | VICTORMC | L1 | | | |
| 2005278 984 0001 | 1 | Issue | 05-OCT-2005 08:46 | VICTORMC | VICTORMC | L1 | | | |
| 2005278 017 0001 | 2 | Issue | 07-OCT-2005 10:19 | VICTORMC | VICTORMC | L1 | | | |
| 2005284 203 0001 | 1 | Issue | 11-OCT-2005 08:48 | VICTORMC | VICTORMC | L1 | | | |
| 2005284 225 0001 | 1 | Issue | 11-OCT-2005 10:11 | VICTORMC | VICTORMC | L1 | | | |
| 2005284 234 0001 | 1 | Issue | 11-OCT-2005 10:45 | VICTORMC | VICTORMC | L1 | 11-OCT-05 by CRESPOFJ | | |
| 2005284 234 0001 | 3 | Issue | 11-OCT-2005 15:50 | VICTORMC | VICTORMC | L1 | | | |
| 2005285 282 0001 | 1 | Issue | 12-OCT-2005 08:41 | VICTORMC | VICTORMC | L1 | | | |
| 2005285 305 0001 | 1 | Issue | 12-OCT-2005 09:31 | VICTORMC | VICTORMC | L1 | | | |
| 2005290 507 0001 | 1 | Issue | 17-OCT-2005 09:15 | VICTORMC | VICTORMC | L1 | | | |
| 2005290 564 0001 | 1 | Issue | 17-OCT-2005 12:21 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 047 0001 | 1 | Issue | 19-OCT-2005 09:18 | VICTORMC | VICTORMC | L1 | 19-OCT-05 by CRESPOFJ | | |
| 2005292 663 0001 | 1 | Issue | 19-OCT-2005 10:49 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 663 0004 | 1 | Issue | 19-OCT-2005 10:50 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 663 0003 | 1 | Issue | 19-OCT-2005 10:52 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 663 0002 | 1 | Issue | 19-OCT-2005 10:55 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0008 | 1 | Issue | 19-OCT-2005 10:57 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0007 | 1 | Issue | 19-OCT-2005 10:59 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0006 | 1 | Issue | 19-OCT-2005 11:02 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0005 | 1 | Issue | 19-OCT-2005 11:05 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0004 | 1 | Issue | 19-OCT-2005 11:07 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0003 | 1 | Issue | 19-OCT-2005 11:08 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0002 | 1 | Issue | 19-OCT-2005 11:10 | VICTORMC | VICTORMC | L1 | | | |
| 2005292 662 0001 | 1 | Issue | 19-OCT-2005 11:12 | VICTORMC | VICTORMC | L1 | | | |
| 2005293 686 0001 | 1 | Issue | 20-OCT-2005 09:10 | VICTORMC | VICTORMC | L1 | | | |
| 2005294 764 0001 | 1 | Issue | 21-OCT-2005 08:25 | VICTORMC | VICTORMC | L1 | | | |
| 2005304 237 0001 | 1 | Issue | 31-OCT-2005 11:06 | VICTORMC | VICTORMC | L1 | | | |
| 2005306 342 0001 | 1 | Issue | 02-NOV-2005 08:30 | VICTORMC | VICTORMC | L1 | | | |

# GOVERNMENT'S EXHIBIT NO. 3

Standard Form 1165
Revised (6-85)
Department of the Treasury
I TFRM 4-4000
1165-105

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __KARIN__
_____ and _____ ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |
|  |  |  |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)
PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-85)
Department of the Treasury
I TFRM 4-4000
1165-105

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __HOEHNE__
_____ and _____ ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |
|  |  |  |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)
PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-85)
Department of the Treasury
I TFRM 4-4000
1165-105

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __ANLAUF__
_____ and _____ ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |
|  |  |  |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __MARKS__

_____ and _____ ($ _____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)

PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __LINDNER__

_____ and _____ ($ _____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)

PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __JEZORKE__

_____ and _____ ($ _____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |

Vendor _____
Address _____
By _____

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __DOLDER__

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |
|  |  |  |

Vendor _____
Address _____

By _____
(Signature of Vendor/Agent)
Title _____
(DO NOT SIGN IN DUPLICATE)

PURPOSE (Project, etc.) _____   APPROPRIATION AND ACCOUNTING CLASSIFICATION _____

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __KOCUR__

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |
|  |  |  |

Vendor _____
Address _____

By _____
(Signature of Vendor/Agent)
Title _____
(DO NOT SIGN IN DUPLICATE)

PURPOSE (Project, etc.) _____   APPROPRIATION AND ACCOUNTING CLASSIFICATION _____

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from __HAECKER__

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
|  |  |  |
|  |  |  |

Vendor _____
Address _____

By _____
(Signature of Vendor/Agent)
Title _____

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from ___MUELLER___

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
| | | |
| | | |
| | | |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)
PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from ___BERANEK___

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
| | | |
| | | |
| | | |

Vendor _____
Address _____
By _____ (Signature of Vendor/Agent)
Title _____ (DO NOT SIGN IN DUPLICATE)
PURPOSE (Project, etc.) _____
APPROPRIATION AND ACCOUNTING CLASSIFICATION

---

Standard Form 1165
Revised (6-83)
Department of the Treasury
I TFRM 4-4000
1165-106

**RECEIPT FOR CASH—SUBVOUCHER**
(To be used when invoice is not available)

Subvoucher No. _____
Date _____

Received in cash from ___KUBISCH___

_____ and _____/100 ($_____) for the following:

| QUANTITY | ARTICLES OR SERVICES | AMOUNT |
|---|---|---|
| 1 | VISA FEE | $500 |
| | | |
| | | |

Vendor _____
By _____ (Signature of Vendor/Agent)

# GOVERNMENT'S EXHIBIT NO. 4

```
                U.S. EMBASSY
                   BERLIN
              15 Nov 2007 15:54:41
        Register: BERLIN ACS AC  MID: 1
        User ID: ZADROZACC
        0.74 EURO = 1 US Dollar
        1.35135135 US Dollar = 1 EURO
        ..........................................
                     Report 2
              Consular Services Report (ALL)
                   19 Oct 2005
        ..........................................

        Ser   Qty Description       EURO     Tot US
        01     5 PASSPORT EX         51.00    90.00
        02     9 ADULT PASSP        140.25   330.00
        03     1 MINOR PASSP         34.00     0.00
        08     1 REPORT BIRT         55.25     0.00
        Sub   16 BAAC                280.50  420.00
              Equi/Total            330.00   750.00
        41     2 NOTARIAL             0.00    60.00
        42     3 ADDITIONAL N         0.00    60.00
        Sub    5 BAAD                 0.00   120.00
              Equi/Total              0.00   120.00
        TJ    21 190830             280.50   540.00
              Equi/Total            330.00   870.00

        21     1 MRV PROCES          85.00     0.00
        Sub    1 ADAC                85.00     0.00
              Equi/Total            100.00   100.00
        TJ     1 19X0113.6           85.00     0.00
              Equi/Total            100.00   100.00

        36     1 FINGERPRINT          0.00    85.00
        Sub    1 ADAH                 0.00    85.00
              Equi/Total              0.00    85.00
        TJ     1 19X0113.9            0.00    85.00
              Equi/Total              0.00    85.00

        09    10 PASSPORT St         40.80    72.00
        Sub   10 ADCA                40.80    72.00
              Equi/Total             48.00   120.00
        TJ    10 19X0113.F           40.80    72.00
              Equi/Total             48.00   120.00

        27     2 N I V ADJUDI(        0.00  1000.00
        Sub    2 FDTECT               0.00  1000.00
              Equi/Total              0.00  1000.00
        TJ     2 70 5339.1            0.00  1000.00
              Equi/Total              0.00  1000.00

        All   35 Services Sold     406.30  1697.00
              Equi/Total           478.00  2175.00

        Daily Receipt Begin:  6000183
        Daily Receipt End:    6000198


                -----  Consular Services  -----
```