```
                                                            FILED
                                                          DEC  7 2007
        UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA                 NANCY MAYER WHITTINGTON, CLERK
                                                         U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0218 (RMU)
:
MATTHEW VICTOR, :
:
Defendant. :

### ORDER

It is this 6th day of December 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for December 17, 2007 is hereby **VACATED** and **RESCHEDULED** for February 25, 2008 at 10:30 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge