UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0218 (RMU) |
| : | |
| MATTHEW VICTOR, : | |
| : | **FILED** |
| Defendant. : | |
| | DEC 1 1 2007 |
| **ORDER** | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

It is this 11th day of December 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for February 25, 2008 is hereby **VACATED** and **RESCHEDULED** for January 15, 2008 at 11:00 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge