UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0218 (RMU) |
| | : | |
| MATTHEW VICTOR, | : | **FILED** |
| | : | |
| Defendant. | : | JAN 3 – 2008 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 3 day of January 2008,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for January 15, 2008 is hereby **VACATED** and **RESCHEDULED** for February 21, 2008 at 11:15 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge