HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-218-01</u> |
| | : | |
| vs. | : | |
| | : | |
| VICTOR, Matthew | : | Disclosure Date: <u>October 26, 2007</u> |

**FILED**

**FEB 2 1 2008**

Clerk, U.S. District and Bankruptcy Courts

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)
( ✓ )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          11/2/07
Prosecuting Attorney                              Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)
(   )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant           Date                          Defense Counsel         Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 9, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer